```
 1  TOWNSEND AND TOWNSEND AND CREW LLP
    MARK A. STEINER (State Bar No. 88124)
 2  GREGORY S. GILCHRIST (State Bar No. 111536)
    Two Embarcadero Center, 8th Floor
 3  San Francisco, California 94111
    Telephone:  (415) 576-0200
 4  Facsimile:  (415) 576-0300
    masteiner@townsend.com; gsgilchrist@townsend.com
 5

 6  Attorneys for Plaintiff
    MARVELL INTERNATIONAL LTD.
 7
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARVELL INTERNATIONAL LTD.<br><br>        Plaintiff,<br><br>    v.<br><br>MARVEL TECHNOLOGY, INC., a California corporation,<br><br>        Defendant. | Case No.  C-06-2652 CRB<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff Marvell International Ltd. voluntarily dismisses this action with prejudice pursuant to a confidential settlement agreement between Marvell International Ltd. and Marvel Technology, Inc.  As of this date, defendant has not filed an answer or otherwise responded to the complaint

DATED: June 6, 2006                          Respectfully submitted,

                                             By: /s/ Gregory S. Gilchrist
                                                 Gregory S. Gilchrist
                                                 TOWNSEND AND TOWNSEND AND CREW LLP
June 7, 2006                                     Two Embarcadero Center, Eighth Floor
                                                 San Francisco, California 94111
                                                 Telephone: (415) 576-0200
                                                 Facsimile: (415) 576-0300

                                             Attorneys for Plaintiff
                                             MARVELL INTERNATIONAL LTD.

IT IS SO ORDERED
Judge Charles R. Breyer

**PROOF OF SERVICE**

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 Embarcadero Center, 8th Floor, San Francisco, California 94111.

On June 6, 2006, I served a true and correct copy of the document(s) described as: **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on the following counsel for interested parties in this action.

> Yung-Ming Chou, Esq.
> 39111 Paseo Padre Parkway, Suite 207
> Fremont, CA  94538
> Facsimile:  510-713-8690

[X]  [BY US MAIL, Rule 5(b) F.R.C.P.] I caused the foregoing document(s) to be enclosed in a sealed envelope, with first class postage fully paid, for delivery as indicated herein. I am readily familiar with the firm's practice of collection and processing correspondence for mailing and know that, in the ordinary course of Townsend and Townsend and Crew LLP's business practice, the document(s) described above would be deposited with the United States Postal Service on that same day at San Francisco, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed to be invalid if the postal cancellation date, or postage meter date, is more than one day after the date of deposit for mailing set forth in this declaration.

[X]  [BY FACSIMILE, Rule 5(b) F.R.C.P.] I caused the foregoing document(s) to be transmitted by facsimile to the office(s) of the addressee(s) indicated above at the facsimile number(s) listed for each addressee served. Upon completion of said facsimile transmission, the transmitting machine issued a transmission report showing that the transmission was complete and without error.

[ ]  [BY OVERNIGHT DELIVERY, Rule 5(b) F.R.C.P.] I caused delivery of the document(s) listed above to be effected by overnight mail, by placing true and correct copies in separate envelopes for each addressee shown above, with the name and address of the person served shown on the envelope, and by sealing the envelope and placing it for collection. Delivery fees were paid or provided for in accordance with the ordinary business practices of Townsend and Townsend and Crew LLP.

[]  [BY PERSONAL SERVICE, Rule 5(b) F.R.C.P.] I caused the foregoing document(s) to be served by hand to the addressee(s) listed above, with the name and address of the person served shown on the envelope.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 6, 2006, at San Francisco, California.

/s/ Carol Petrich
Carol Petrich

60790598 v1